IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MODRELL,            )<br>                            )<br>            Petitioner,   )<br>   v.                       )<br>                            )<br>FRESNO COUNTY COURT,        )<br>                            )<br>            Respondent.     )<br>_____) | CV F 04- 6093 REC WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT<br><br>[Doc. 3] |

   Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On March 17, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.  On March 27, 2006, Petitioner's copy of the findings and recommendations was returned by the United States Postal Service with the notation, "unclaimed."  Service on a petitioner at his address of record is fully effective.  Local Rule 83-182(f).

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a
2 de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454
3 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and
4 recommendations to be supported by the record and by proper analysis.
5    Based on the foregoing, it is HEREBY ORDERED  that:
6 1.    The findings and recommendations issued by the Magistrate Judge on
7        March 17, 2006, are a adopted in full;
8 2.    The Petition for Writ of Habeas Corpus is dismissed for failure to prosecute;
9 3.     The Clerk of the Court is directed to enter  judgment for Respondent.
10 IT IS SO ORDERED.
11 **Dated:  March 29, 2006**              /s/ Robert E. Coyle
   668554                        UNITED STATES DISTRICT JUDGE

2